AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

OLYMPIC FOREST COALITION,

v.

CASE NUMBER: C07-5344RBL

UNITED STATES FOREST SERVICE,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Summary Judgment is GRANTED.  Defendants' Cross-Motion for Summary Judgment and Motion to Strike the Declaration of Jonathan Rhodes are DENIED.  The court sets aside the decision to implement the Bear Creek Saddle Project as proposed, pursuant to the APA, 5 U.S.C. § 706(2)(A), and remands the decision to the Forest Service pending compliance with NEPA's procedural requirements.

*DATED :*   May 13, 2008

                                            BRUCE  RIFKIN
                                          *Clerk*

                                            /s/   Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring